

September 12, 2019

Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Aryeh Cohen, Plaintiff vs. American Airlines, Inc., et al., Defendants*
           *U.S.D.C., EDNY, Docket No.:19CV653 (WFK)(SMG), File No.:3748.433*

Dear Judge Kuntz:

    We represent the defendants American Airlines, Inc. and American Airlines Group, Inc. ("American Airlines") in the above referenced matter. Pursuant to the Court's Individual Practice Rules, enclosed please find a <u>courtesy copy</u> of our fully briefed Motion to Dismiss the Plaintiff's Complaint as follows:

1. Notice of Motion; - **Docket Entry No.: 12**

2. Declaration in Support with Exhibits "A" and "B"; - **Docket Entry No.:13**

3. Memorandum of Law in Support of Defendants' Motion to Dismiss The Plaintiff's Complaint; - **Docket Entry No.:14**

4. Notice to Pro Se Litigant; - **Docket Entry No.:15**

5. Certificate of Service - **Docket Entry No.:16**

5. Plaintiff's Notice of Cross Motion to Amend Pursuant to Fed. R. Civ. Proc. 15(a), Affirmation in Opposition to Defendants Motion and in Support of Plaintiffs Cross-Motion with supporting Exhibit "A"; - **Docket Entry No.:17**

6. Reply Brief; - **Docket Entry No.:18**

800 Third Avenue
9th Floor
New York, NY 10022-7649
T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com

*Page Two*
*September 12, 2019*
*Our File No.: 3748.433*

      Please be advised that these documents have been filed via ECF on this date and previously served on *Pro Se* Plaintiff, as set forth in our letter dated May 31, 2019, Docket Entry No.:11. A copy of our Reply Brief, along with the cover letter to the Court regarding the fully briefed motion was served upon *Pro Se* Plaintiff on this date. Thank you for your time.

                      Sincerely,

               **RUTHERFORD & CHRISTIE, LLP**

                     Malta Gonzalez
                     Paralegal

/mg

Encls.

cc:    w/o Enclosures
       Honorable Magistrate Judge Steven M. Gold
       Eastern District of New York
       225 Cadman Plaza East
       Chambers 1217
       Brooklyn, New York 11201

       w/Enclosures
       Mr. Aryeh Cohen
       P.O. Box 20112
       New York, New York 10001