```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
```
ARYEH COHEN,

        Plaintiff,                                                       JUDGMENT
                                                                        19-CV-653 (WFK) (SMG)

        v.

AMERICAN AIRLINES, INC., AMERICAN
AIRLINES GROUP, INC., JOHN DOES 1-5,
JANE DOES 1-5,

        Defendants.
```
------------------------------------------------------------ X
```

      A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on September 9, 2020, granting Defendants' motion to dismiss in its entirety; and denying Plaintiff's motion to amend; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in its entirety; and that Plaintiff's motion to amend is denied.

| | |
|---|---|
| Dated: Brooklyn, NY<br>September 10, 2020 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>       Deputy Clerk |